# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Magnum Magnetics Corporation d/b/a Magnum Inks & Coatings, | Case No. 1:16-cv-1063 |
| *Plaintiff,* | Judge William O. Bertelsman |
| v. | Magistrate Judge Karen L. Litkovitz |
| Brian Hinderer, *et al.*, | |
| *Defendants.* | |

## [PROPOSED] ORDER GRANTING PLAINTIFF MAGNUM MAGNETICS CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Having considered Plaintiff's Unopposed Motion for Leave to File Documents Under Seal, and good for cause shown, the Court GRANTS Plaintiff's Motion and ORDERS that Plaintiff may file under seal certain exhibits to its opening brief regarding outstanding discovery sought from the Hirshfield Defendants that have been designated as "Confidential" or "Confidential – Attorneys' Eyes Only."

IT IS SO ORDERED.

_____
Magistrate Judge Karen L. Litkovitz