UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:16-cv-1063-(WOB-KKL)

MAGNUM MAGNETICS CORPORATION                                PLAINTIFFS

VS.                           **O R D E R**

BRIAN HINDERER, ET AL.                                      DEFENDANTS


Counsel for Plaintiff having filed a status report advising the Court that plaintiff Magnum Magnetics and the remaining defendants, Astral Adhesives & Coatings, Inc. and Vikas Singhal, have entered into a settlement agreement (Doc.119),

**IT IS ORDERED:**

1) That Defendants' motion to dismiss (Doc. 27) be, and is hereby **DENIED AS MOOT;** and

2) That the parties shall file an Agreed Order of Dismissal for the undersigned's signature within **THIRTY (30) DAYS** from entry of this Order

This 29th day of October, 2018.



Signed By:
*William O. Bertelsman* WOB
United States District Judge